Bartolo Mullen
2100 Napa Vallejo Hwy.
Napa, CA. 94558

Office of the Clerk, U.S. District Ct
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

RECEIVED
DEC 10 2007

REC'D IN SB
STAMPS
CUT OFF?

UNITED STATES POSTAGE
$00.18
MAILED FROM ZIPCODE