AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

### Eastern District of California

BARTOLO MULLEN
      Plaintiff

V.

ED FOULK; TOM MORAIDA; OFFICER
JESUS GALLEGOS; CATHERINE BLAKEMORE;
MICHELLE MUDGETT; & SUSAN KESSLER.
      Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

C V  0 7

RMW 5 0 **(PR)**

I, __BARTOLO MULLEN__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?     ☒ Yes       ☐ No       (If "No," go to Part 2)

     If "Yes," state the place of your incarceration __NAPA STATE HOSPITAL (NSH)__

     Are you employed at the NSH    __NO__    Do you receive any payment from the NSH, 12.50 monthly.

     Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.   Are you currently employed?      ☐ Yes       ☒ No

     a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

     b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.   In the past 12 twelve months have you received any money from any of the following sources?

     a.   Business, profession or other self-employment    ☐ Yes     ☐ No
     b.   Rent payments, interest or dividends    ☐ Yes     ☐ No
     c.   Pensions, annuities or life insurance payments    ☐ Yes     ☐ No
     d.   Disability or workers compensation payments    ☐ Yes     ☐ No
     e.   Gifts or inheritances    ☐ Yes     ☐ No
     f.   Any other sources    ☒ Yes     ☐ No

     If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

INDEGENT PATIENTS RECEIVE 12.50 PER MONTH. I AM INDEGENT. THEREFORE,

I RECEIVE 12.50 PER MONTH AND THIS WILL CONTINUE AS LONG AS I AM

INDEGENT.

4.  Do you have **any** cash or checking or savings accounts?  ☐ Yes    ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
    thing of value?        ☐ Yes        ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate
    how much you contribute to their support.  NONE.

I declare under penalty of perjury that the above information is true and correct.

12-6-07
Date

Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

1

2                                  **Case Number:** _____

3

4

5

6

7

8                                   **CERTIFICATE OF FUNDS**

9                                            IN

10                                 **PRISONER'S ACCOUNT**

11

12     I certify that attached hereto is a true and correct copy of the prisoner's trust account

13 statement showing transactions of _____ Bartolo Mullen _____ for the last six months at

14                                 [prisoner name]

15 _____ Napa State Hospital _____ where (s)he is confined.

16             [name of institution]

17     I further certify that the average deposits each month to this prisoner's account for the most

18 recent 6-month period were $ 12.50 _____ and the average balance in the prisoner's account

19 each month for the most recent 6-month period was $12.50 _____.

20

21 Dated: 11/6/07 _____              *Laura Harris*    Supv. Trust Officer

22                             [Authorized officer of the institution]

23

24

25

26

27

28