FILED

DEC 26 2007

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bartolo Mullen

Plaintiff,

vs.

Mr. Ed Faulk; Tom Moraida, et al., Defendants

CASE NO. CV 07 0350 RMW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Bartolo Mullen, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

September 6, 1996. Approximately 1,000.00 per month.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No _X_

    b. Income from stocks, bonds, or royalties?      Yes ___ No _X_

    c. Rent payments?      Yes ___ No _X_

    d. Pensions, annuities, or life insurance payments?      Yes ___ No _X_

    e. Federal or State welfare payments, Social Security or other government source?      Yes _X_ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

The State Hospital provides 12.50 per month for indigent patients.

3. Are you married?      Yes ___ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a. List amount you contribute to your spouse's support:$ _____

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).

5  _____

6  _____

7  5. Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?    Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ___ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ___

20 _____
21 8. What are your monthly expenses?  N/A I Am incarcerated
22 Rent: $ _____   Utilities: _____
23 Food: $ _____   Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment         Total Owed on This Acct.
26 _____             $ _____            $ _____
27 _____             $ _____            $ _____
28 _____             $ _____            $ _____


9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Government Loans for School.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/13/07

DATE

SIGNATURE OF APPLICANT

Case Number: CV-07-6250 RMW

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Bartolo Mullens_ for the last six months
[prisoner name]
_Napa State Hospital_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _12.50_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _12.50_.

Dated: 12/18/07

_Laura Harris_, STO
[Authorized officer of the institution]

```
MULLEN, BARTOLO
NA-202726-6    CA         3-15-64
M  SGL BL 2    U
12-30-97  CC             PC 1026
```

-5-

Bartolo Mullen
2100 Napa Vallejo Hwy.
Napa, CA. 94558

OAKLAND CA

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

RECEIVED
DEC ? ? 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA