1  Bartolo Mullen
   2100 Napa Vallejo Hwy.
2  Napa, CA 94558
   In pro se

**FILED**

2008 JAN 23 P 3: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| BARTOLO MULLEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>ED FOULK, et al.,<br><br>                    Defendants. | **Case No. C 07-6250 RMW (PR)**<br><br>**RESPONSE TO ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS.** |

I the Plaintiff recently received the "Order Granting Leave to Proceed in Forma Pauperis" dated January 15, 2008, and I am writing to inform the Court that in view of the Court order issued on December 19, 2007, granting me leave to file a second amended complaint in Case No. C 03-3676 RMW (PR), I mailed the Court a pleading in Case No. C 03-3676 RMW (PR) on or about December 25, 2007, to ask the Court for clarification on what to do about Case No. C 07-6250 RMW (PR), that had not yet been filed at that time.

In the said pleading that I mailed to the Court in Case No. C 03-3676 RMW (PR) on or about December 25, 2007, I explained I had recently mailed the Court a new and additional Title 42 U.S.C.A. § 1983 Complaint (Case No. C 07-6250 RMW (PR)) alleging civil rights violations committed by different and additional defendants at my place of confinement before I received the Court's order granting me leave to submit a second amended complaint in Case No. C 03-3676 RMW (PR). I further explained that the December 25, 2007 order granting me leave to submit a second amendment in Case No. C 03-3676 RMW (PR) and add additional defendants obviates the need for me to file the new Title 42 U.S.C.A. § 1983 Complaint (Case No. C 07-6250 RMW (PR)) because I

1

1  can now add the additional defendants and the new and additional violations in the

2  second amended complaint instead of needing a new complaint to do so.

3  I subsequently completed the second amendment in Case No. C 03-3676 RMW (PR), and I included the new additional defendants and I added the new and additional

4  allegations to Case No. C 03-3676 RMW (PR). Consequently, it now appears that there is

5  no need for me to pursue Case No. C 07-6250 RMW (PR).

6  Therefore, I respectfully request the Court to please advise me on how to proceed at this juncture.

7  I declare under penalty of perjury that the foregoing is true and correct to the best

8  of my knowledge, information, and belief.

9  Respectfully submitted,

10  Bartolo Mullen                                          Dated: 1/21/08

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Danny Atterbury
2100 Napa Vallejo Hwy.
Napa, CA 94558

LEGAL MAIL

(Mailed on 21-Jan-08.)

351134350B

NSH Mailroom, please stamp legal mail for us.
$12.50 Client.

UNITED STATES POSTAGE

PITNEY BOWES

02 1M        $ 00.41⁰
0004219468    JAN 22 2008
MAILED FROM ZIP CODE 94558

Office of the Clerk, U.S. District Court
Northern District of California
280 South First Street, Room 2112
San Jose, California 95113-3095