*E-FILED - 5/22/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTOLO MULLEN, | No. C 07-6250 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| ED FOULK, et al., | |
| Defendants. | |

The court has dismissed the instant civil rights complaint without prejudice because it contains the same claims against the same defendants as set forth in plaintiff's pending second amended complaint in case no. C 03-3676 RMW (PR). A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/19/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.07\Mullen250jud                1